IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01375-PSF-CBS

UNITED STATES AVIATION UNDERWRITERS, INC.,
a New York corporation,

    Plaintiff,

v.

GOODYEAR TIRE & RUBBER COMPANY,
An Ohio Corporation,

    Defendant.

---

**PROTECTIVE ORDER REGARDING WRECKAGE
PRESERVATION AND INSPECTIONS**

---

The purpose of this Order is to preserve the damaged aircraft tires that are the subject of this civil action and to establish a protocol for destructive testing and inspection of the subject tires.

**1.     Scope of Order.**  This Order shall apply to all parties to this civil action and their insurers, attorneys, consultants, experts, and other representatives retained by the parties to assist them in these actions.  This Order applies to all of the Goodyear tires allegedly involved in the incidents as listed in the Scheduling Order entered by the Court in this case on November 3, 2005 and the supplemental disclosures served by the Plaintiff after the order was entered ("the tires").

**2.     Wreckage Custodian.**  Plaintiff United States Aviation Underwriters, Inc.

("USAU") presently has custody of the tires, which are being stored at the Law Offices of Jon A. Kodani in Santa Monica, California, and agrees to remain custodian while this order is in effect.

      **3.**    **Preservation of the Tires.**  USAU will use its reasonable best efforts to preserve the tires and all their component parts in their present condition until the final resolution of this civil action or until further order of this court.  No party or other person may conduct any inspection or test or take any action which would change the present condition of any tire or any part of any tire except pursuant to and in full compliance with this Protective Order.

      **4.**    **Notice of Destructive Inspection or Test.**  Any party that wants to conduct any destructive test or inspection must provide all other parties in this action with written notice of the destructive test or inspection served by facsimile at least fifteen (15) days prior to the inspection.  The notice shall describe with reasonable particularity the tires the party intends to inspect or test, the time and place of the inspection or test, the intended scope and nature of the inspection or test, the persons who will attend the inspection or test, and the anticipated amount of time the inspection or test will take.  Any party may object to any terms of the notice by providing all other parties with a written objection by facsimile no later than five (5) days after service of the notice.

      **5.**    **Place of Destructive Inspection or Test.**  Any party that intends to conduct a destructive inspection or test of the tire(s) at any location other than where they are being stored by the Law Offices of Jon A. Kodani shall be responsible for appropriately packing and shipping or otherwise transporting the tire(s) to insure that their condition is not altered, and shall be responsible for all associated costs and expenses.  The party intending to ship the tire(s) shall include as part of the notice required by Paragraph 4 above an itemized description of the tire(s)

that the party intends to ship. If any other party desires to have additional tires included within the shipment, such party shall provide a list of those items to the shipping party within five (5) days thereafter and the shipping party shall ensure that such items are included in the shipment. The party requesting the inclusion of additional tires shall be responsible for all associated costs and expenses. The parties may use any shipping service that provides for confirmed delivery and shipment tracking for the shipment of the tire(s) to and from the place of inspection. The containers in which the tires are shipped shall remain sealed until opened in the presence of all party representatives who have advised that they will be attending the inspection or test. The Law Offices of Jon A. Kodani and the party conducting the inspection or test shall create an appropriate log to document the removal of any tires from the Law Offices of Jon A. Kodani storage facilities for inspection, and the return of the tire(s) to the Law Offices of Jon A. Kodani storage facilities. Unless agreed otherwise by all the parties, all tires shipped to a location other than where they are being stored by the Law Offices of Jon A. Kodani shall be returned by the shipping party to the Law Offices of Jon A. Kodani storage facility within five (5) days following the conclusion of the inspection or test.

  **6. Destructive Inspection or Testing.** "Destructive inspection or testing" includes all inspections or testing of any tire or part of a tire which would change the present condition of the tire or part of the tire to be inspected in any manner, or which involves removing material samples from any tire or part of a tire, or which involves application of chemicals, solvents or dyes to any tire or part of a tire. Any party that wishes to conduct destructive inspection or testing as defined in this paragraph must comply with this order and must serve with the notice of destructive inspection or test required by Paragraph 4 a proposed protocol for such destructive

inspection or testing for all other parties to review.  Any party who objects to the proposed protocol for destructive inspection or testing must comply with the objection procedure set forth in this order.  All destructive inspections or tests shall be conducted pursuant to a stipulated written protocol or pursuant to an order of this court.  During the course of conducting destructive inspection or test pursuant to a stipulated protocol, if all parties agree to some variation from the specific terms of the stipulated protocol, such revised inspection or testing procedures may proceed as agreed by the parties.

**7.    Presence of Representatives During Destructive Inspections or Test.**  All parties shall have the right to have one or more representatives present at any destructive inspection or test conducted by another party. The inspecting party shall have the right to proceed with its inspection of the tire(s) without unreasonable interference by the other party representatives.

**8.    Objections.**  If any party objects to a notice of destructive inspection or testing or a protocol for destructive inspection or testing proposed by another party, the inspection or test may not proceed until the objection has been resolved by agreement of the parties or by the Court.  Any objections made pursuant to this paragraph shall be made in good faith and must be reasonably calculated to ensure compliance with the provisions of this Order.  The objecting party shall be responsible for initiating court proceedings in the event an objection cannot be resolved by agreement.

**9.    Good Faith.**  The parties shall cooperate in good faith to facilitate and conduct reasonable inspections and examinations of the tire(s) in accordance with this Order.

Upon consideration of the parties' Stipulation, the Court finds that this Protective Order

shall be, and hereby is entered.

Dated this 2nd day of June, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Hon. Craig B. Shaffer
United States Magistrate Judge