IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01375-PSF-CBS

UNITED STATES AVIATION UNDERWRITERS, INC.,
a New York corporation,

    Plaintiff,

vs.

GOODYEAR TIRE & RUBBER COMPANY,
An Ohio Corporation,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the parties' Stipulation for Dismissal With Prejudice (Dkt. # 39). The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

ORDERS that this civil action be DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

DATED: September 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge